# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ELIAS RAMIREZ & MARISSA RAMIREZ           Case Number: 06-72120
3122 S. 54TH AVE.                                SSN-xxx-xx-9938 & xxx-xx-9759
CICERO, IL  60804

Case filed on: 11/13/2006
Plan Confirmed on: 2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,826.56        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 1,300.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,300.00 | 0.00 |
| 003 | KROPIK, PAPUGA & SHAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ELIAS RAMIREZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DELL PREFERRED ACCOUNT | 600.00 | 600.00 | 151.00 | 29.47 |
| 006 | WELLS FARGO BANK | 29,129.37 | 28,341.00 | 6,697.37 | 2,937.99 |
|  | Total Secured | 29,729.37 | 28,941.00 | 6,848.37 | 2,967.46 |
| 001 | DELL PREFERRED ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HOMECOMINGS FINANCIAL | 158,089.84 | 0.00 | 0.00 | 0.00 |
| 004 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 14,612.66 | 0.00 | 0.00 | 0.00 |
| 006 | WELLS FARGO BANK | 0.00 | 78.84 | 0.00 | 0.00 |
| 007 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 8,965.18 | 896.52 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,137.78 | 113.78 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 588.89 | 58.89 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 656.58 | 65.66 | 0.00 | 0.00 |
| 012 | CHASE BANK USA NA | 1,318.08 | 131.81 | 0.00 | 0.00 |
| 013 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 3,008.99 | 300.90 | 0.00 | 0.00 |
| 015 | HOME DEPOT CREDIT SVC / CITICARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,105.52 | 110.55 | 0.00 | 0.00 |
| 017 | MERRICK BANK | 2,060.75 | 206.07 | 0.00 | 0.00 |
| 018 | PATRIOT'S HOME & AUTO OUTFITTERS | 3,176.96 | 317.70 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 456.19 | 45.62 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 416.49 | 41.65 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 328.16 | 32.82 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 553.10 | 55.31 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN MED. GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 2,436.66 | 243.67 | 0.00 | 0.00 |
| 027 | MITSUBISHI MOTORS CREDIT OF AMERICA INC | 22,417.27 | 2,241.73 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 2,696.94 | 269.69 | 0.00 | 0.00 |
| 029 | LVNV FUNDING LLC | 801.29 | 80.13 | 0.00 | 0.00 |
|  | Total Unsecured | 224,827.33 | 5,291.34 | 0.00 | 0.00 |
|  | Grand Total: | 257,556.70 | 37,232.34 | 8,148.37 | 2,967.46 |

Total Paid Claimant:     $11,115.83
Trustee Allowance:       $710.73         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008                By  /s/Heather M. Fagan